FILED
CLERK, U.S. DISTRICT COURT

8/12/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | EDCR 5:25-CR-00261-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer with a Deadly and Dangerous Weapon] |
| MARIO ALBERT CASTILLO-ORTEGA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about July 7, 2025, in Riverside County, within the Central District of California, defendant MARIO ALBERT CASTILLO-ORTEGA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victims M.T. and D.R., employees of the Department of Homeland Security, United States Immigration and Customs Enforcement, while M.T. and D.R. were engaged

///

///

1  in, and on account of, the performance of M.T. and D.R.'s official
2  duties, and in doing so made physical contact with M.T. and D.R., and
3  used a deadly and dangerous weapon, namely, a car.

4                                                    A TRUE BILL

6                                         /S/
                                          Foreperson

8  BILAL A. ESSAYLI
   Acting United States Attorney

10 *Christina Shay* (signature)

11 CHRISTINA T. SHAY
   Assistant United States Attorney
12 Chief, Criminal Division

13 JOHN A. BALLA
   Assistant United States Attorney
14 Acting Chief, Riverside Office

15 SONAH LEE
   Assistant United States Attorney
16 Riverside Office