BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6924
    Facsimile: (951) 276-6202
    Email:     sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,       | No. ED CR 25-00261-JGB |
|---------------------------------|------------------------|
| Plaintiff,                      | NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v.                              | |
| MARIO ALBERT CASTILLO-ORTEGA,   | |
| Defendant.                      | |

    Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, hereby moves to dismiss without prejudice its indictment against defendant Mario Albert Castillo-Ortega ("defendant").

    Following defendant's release on bond, defendant was arrested by Immigration and Customs Enforcement and removed from the United States.

    The United States moves to dismiss the indictment against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its

motion to dismiss the indictment without prejudice.  Additionally, the Court should exonerate the bond for defendant.

On October 29, 2025, Deputy Federal Public Defender Jessaka Menzie, counsel for defendant, indicated that defense' position is that the indictment should be dismissed with prejudice.  Counsel for defendant intends to file a response to the government's motion to dismiss without prejudice.

Dated: October 31, 2025              Respectfully submitted,

                                       BILAL A. ESSAYLI
                                      First Assistant United States Attorney

                                      ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division

                                      */s/ Sonah Lee*
                                      SONAH LEE
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA