BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone:  (951) 276-6924
    Facsimile:  (951) 276-6202
    Email:    sonah.lee@usdoj.gov

**JS-3**

**cc: USPO**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 25-00261-JGB |
|---|---|
| Plaintiff, | ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| MARIO ALBERT CASTILLO-ORTEGA, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  The Court finds that there is good cause to dismiss the indictment in the interests of justice.

//

//

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice against defendant in the interest of justice.  Defendant's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.


 November 3, 2025                  _____
 DATE                             HONORABLE JESUS G. BERNAL
                                  UNITED STATES DISTRICT JUDGE


Presented by:

      /s/
 SONAH LEE
 Assistant United States Attorney